# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AQUA 1 POOLS & SPAS, INC.,**
Appellant,

v.

**ORLANDO HURTADO** and **NAHIMA HURTADO,**
Appellees.

No. 4D23-761

[August 10, 2023]

Nonfinal appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kim Theresa Mollica, Judge; L.T. Case No. CONO22-001726.

Jacqueline C. Ledón of Ledón Law, P.A., Miami, for appellant.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Andrew Rader of Cutler Rader, P.L., Coral Springs, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***